No. 11–496.   HARMON ET UX. *v.* KIMMEL ET AL.   C. A. 2d Cir. Certiorari denied.

No. 11–652.   SID-MAR'S RESTAURANT & LOUNGE, INC. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–690.   CHRISTI ET AL. *v.* PRUELL ET AL.   C. A. 1st Cir. Certiorari denied.

No. 11–881.   MERRIFIELD *v.* BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF SANTA FE, NEW MEXICO, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 11–905.   WB, THE BUILDING CO., LLC *v.* EL DESTINO, LP, ET AL.   Ct. App. Ariz.   Certiorari denied.

No. 11–909.   SANCHEZ *v.* DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD.   C. A. 5th Cir.   Certiorari denied.

No. 11–983.   TICKETMASTER ET AL. *v.* STEARNS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–1013.   SALESSI *v.* WACHOVIA MORTGAGE, FSB, ET AL. Ct. App. Cal., 4th App. Dist., Div. 3.   Certiorari denied.

No. 11–1014.   HARMAN ET VIR *v.* DATTE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 11–1028.   PREY *v.* KRUSE ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 11–1030.   CASPER, BY HER NEXT FRIEND CHURCH *v.* SANDERS, EXECUTOR OF THE ESTATE OF SANDERS-HOWERTON, DECEASED, ET AL.   Sup. Ct. Va.   Certiorari denied.

No. 11–1031.   SCHULZ PARTNERS, LLC *v.* ZEPHYR COVE PROPERTY OWNERS ASSN., INC.   Sup. Ct. Nev.   Certiorari denied.

No. 11–1035.   SHIPP ET UX. *v.* DONAHER ET AL.   C. A. 3d Cir. Certiorari denied.